# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　No. 4:17CR0129 JM

WESLEY GULLETT

## ORDER

Pending is the government's motion to dismiss indictment. (Docket #33). The motion is GRANTED. The indictment against Wesley Gullett is hereby dismissed without prejudice.

IT IS SO ORDERED this 14th day of March, 2019.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE